AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

TRI-M GROUP, LLC

**SUMMONS IN A CIVIL CASE**

V.

THOMAS B. SHARP, SECRETARY, DELAWARE
DEPARTMENT OF LABOR

CASE NUMBER:

TO: (Name and address of Defendant)
Carl C. Danberg, Attorney General
State of Delaware
820 N. French Street
Carvel State Office Building
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
M. Duncan Grant
Phillip T. Mellet
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE 19899-1709

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                         SEP 0 7 2006
CLERK                                   DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/7/06 |
| NAME OF SERVER (PRINT) Joseph Barton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Carl C Danberg, Attorney General State of Delaware, 820 N French St, Wilm DE 19801 at 1:20pm Person accepting service: Jackie Howell

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/06
               Date

Signature of Server: Joseph E. Barton

Address of Server: 230 N Market St, Wilm DE 19801

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.