AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

TRI-M GROUP, LLC

V.

THOMAS B. SHARP, SECRETARY, DELAWARE
DEPARTMENT OF LABOR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Thomas B. Sharp, Secretary
Delaware State Department of Labor
4425 North Market Street
Wilmington, DE  19802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

M. Duncan Grant
Phillip T. Mellet
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
Wilmington, DE  19899-1709

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              SEP 0 7 2006

CLERK                                                        DATE

_(signature)_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 9/7/06 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Thomas B Sharp, Secretary, Dept of Labor at 4425 N Market St, Wilm DE 19802 at 3:56 pm. Person accepting service: Carole R Dill

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/06
           Date

Signature of Server: Carey M Shea

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.