IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TRI-M GROUP, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-556-KAJ |
| | ) | |
| **THOMAS B. SHARP, SECRETARY,** | ) | |
| **DELAWARE DEPARTMENT OF** | ) | |
| **LABOR,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, THOMAS B. SHARP, SECRETARY, DELAWARE DEPARTMENT OF LABOR'S ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Linda M. Carmichael on behalf of the Thomas B. Sharp, Secretary, Delaware Department of Labor ("Defendant"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/Linda M. Carmichael
Linda M. Carmichael, I.D. #3570
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Counsel for Defendant

DATED: September 20, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on September 20, 2006, she caused the attached *Entry of Appearance* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Glenn A. Beard, Esquire<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799 | M. Duncan Grant, Esquire<br>Pepper Hamilton LLP<br>1201 Market Street, Suite 1600<br>P.O. Box 1709<br>Wilmington, DE  19899-1709 |

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient.

  X    Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_   Two true copies by Federal Express.

\_\_\_\_\_   Two true copies by hand delivery to each recipient.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


  /s/Linda M. Carmichael
Linda M. Carmichael, I.D. No. 3570
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for the Defendant,
Thomas B. Sharp, Secretary,
Department of Labor