IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRI-M GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-556-KAJ |
| | ) | |
| THOMAS B. SHARP, SECRETARY, | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THOMAS B. SHARP, SECRETARY, DELAWARE
DEPARTMENT OF LABOR'S MOTION TO DISMISS COMPLAINT**

Defendant Thomas B. Sharp, Secretary, Delaware Department of Labor ("State Defendant"), by and through his counsel, hereby moves this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying State Defendant's Opening Brief in Support of Motion to Dismiss.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

BY: /s/ Linda M. Carmichael
Linda M. Carmichael, I.D. #3570
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Counsel for State Defendant

DATED: October 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TRI-M GROUP, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-556-KAJ |
| | ) | |
| **THOMAS B. SHARP, SECRETARY,** | ) | |
| **DELAWARE DEPARTMENT OF** | ) | |
| **LABOR,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington, Delaware, this _____ day of _____, 2006,

IT IS SO ORDERED that Plaintiff's Complaint against Defendant Thomas B. Sharp, Secretary Delaware Department of Labor, is dismissed with prejudice for the reasons stated in the attached Motion to Dismiss and State Defendant's Opening Brief in Support of his Motion to Dismiss.

_____
United States District Court Judge
Kent A. Jordan

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I caused to be electronically filed Defendant Thomas B. Sharp, Secretary Delaware Department of Labor's Motion to Dismiss with the Clerk of the Court using CM/ECF. In addition, two copies were sent via U.S. Mail to the following:

    M. Duncan Grant, Esquire
    Phillip T. Mellett, Esquire
    Pepper Hamilton LLP
    Hercules Plaza, Suite 5100
    1313 N. Market Street
    P.O. Box 1709
    Wilmington, DE 19899-1709

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for Defendant
Thomas B. Sharp, Secretary
Department of Labor