IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS B. SHARP, SECRETARY, DELAWARE )<br>DEPARTMENT OF LABOR, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-556-KAJ |

## STIPULATED BRIEFING SCHEDULE

It is hereby stipulated and agreed between the undersigned counsel for the parties, subject to the approval of the Court, that briefing on Defendant's Motion to Dismiss shall proceed as follows:

1. Defendant's Opening Brief (already filed):   October 27, 2006

2. Plaintiff's Answering Brief:   December 8, 2006

3. Defendant's Reply Brief:   December 22, 2006

_____
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Plaintiff

_____
Linda M. Carmichael (Del. Bar. No. 3570)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19081
(302) 577-8400

Attorney for Defendant

Approved by the Court this ___ day of December, 2006.

_____
Jordan, J.