# Pepper Hamilton LLP
### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Phillip T. Mellet
direct dial: (302) 777-6523
melletp@pepperlaw.com

March 19, 2007

**Via ECF and Hand Delivery**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

    Re:    *TRI-M Group, LLC v. Sharp*,
             D. Del., C.A. No. 06-556-\*\*\*

Dear Magistrate Thynge:

    Enclosed is the parties' agreed-upon proposed scheduling order in the above-referenced matter. Thank you for your consideration.

Respectfully,

Phillip T. Mellet

PTM:etf
Attachment
cc:    Linda Carmichael, Esquire (via ECF)