IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-556-*** |
| : | |
| THOMAS B. SHARP, SECRETARY, : | |
| DELAWARE DEPARTMENT OF LABOR, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington, Delaware, this **20th** day of **March, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Friday, March 30, 2007 at 9:00 A.M.** to discuss possible mediation in the above matter.  **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE