IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, )<br>)<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>THOMAS B. SHARP, SECRETARY, DELAWARE )<br>DEPARTMENT OF LABOR, )<br>)<br>          Defendant. ) | Civil Action No. 06-556-*** |

## MOTION AND ORDER FOR ADMISSION
## OF STEPHEN J. SUNDHEIM *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Stephen J. Sundheim, Esquire to represent Plaintiff Tri-M Group, LLC in this matter.

Respectfully submitted,

/s/ Phillip T. Mellet
M. Duncan Grant (Del. Bar No. 2994)
Phillip T. Mellet (Del. Bar No. 4741)
PEPPER HAMILTON LLP
1313 N. Market Street
Wilmington, DE  19899-1709
(302) 777-6500

Attorneys for Plaintiff,
Tri-M Group, LLC

Dated:  March 27, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Stephen J. Sundheim *pro hac vice* is granted.

Dated: March ____, 2007                    _____, J.

## CERTIFICATION OF STEPHEN J. SUNDHEIM

Pursuant to Local Rule 83.5, I certify (1) that I am eligible for admission to this Court, (2) that I am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the Commonwealth of Massachusetts, the United States District Courts for the Eastern District of Pennsylvania and the District of Massachusetts, the United States Court of Appeals for the Third Circuit and the United States Supreme Court, (3) that I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware, (4) that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, and (5) that I am generally familiar with this Court's Local Rules.

Dated: March 26, 2007

Stephen J. Sundheim
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, the foregoing Motion and Order for Admission of Stephen J. Sundheim *Pro Hac Vice* was filed with the Clerk of Court using CM / ECF, which will send notification of such filing to the following counsel of record:

Linda Carmichael, Esq.
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

/s/ Phillip T. Mellet
Phillip T. Mellet (Del. Bar No. 4741)