## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRI-M GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-556-*** |
| | ) | |
| THOMAS B. SHARP, SECRETARY, DELAWARE | ) | |
| DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant Thomas B. Sharp, hereby certify that on July 2, 2007, I served upon the person listed below two true and correct copies of Defendant's Responses and Objections to Plaintiff's First Requests for Admission in the above captioned matter by U.S. Mail:

Glenn A. Beard, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATE: July 2, 2007          Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 2, 2007, I electronically filed **Defendant's Notice of Service of Defendant's Responses and Objections to Plaintiff's First Requests for Admission** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Glenn A. Beard, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us