# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-556-*** |
| | ) |
| THOMAS B. SHARP, SECRETARY, DELAWARE | ) |
| DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant Thomas B. Sharp, hereby certify that on July 3, 2007, I served upon the person listed below two true and correct copies of Defendant's Responses to Plaintiff's First Requests for Production of Documents and Defendant's Responses to Plaintiff's First Set of Interrogatories in the above captioned matter by courier:

Glenn A. Beard, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1151

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

DATE: July 3, 2007

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 3, 2007, I electronically filed **Defendant's Notice of Service of Defendant's Responses to Plaintiff's First Requests for Production of Documents and Defendant's Responses to Plaintiff's First Set of Interrogatories** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Glenn A. Beard, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us
