# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-556-*** |
| | ) |
| THOMAS B. SHARP, SECRETARY, DELAWARE DEPARTMENT OF LABOR, | ) ) |
| | ) |
| Defendant. | ) |

## NOTICE AND CERTIFICATE OF SERVICE

    I, Linda M. Carmichael, Attorney for Defendant Thomas B. Sharp, hereby certify that on July 17, 2007, I served upon the person listed below two true and correct copies of Defendant's First Request for Production of Documents Directed to Plaintiff Tri-M Group, LLC in the above captioned matter by first class mail, postage pre-paid:

    Glenn A. Beard, Esquire
    Pepper Hamilton LLP
    3000 Two Logan Square
    Eighteenth & Arch Streets
    Philadelphia, PA  19103-2799

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

DATE:  July 17, 2007            Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 17, 2007, I electronically filed **Defendant's Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff Tri-M Group, LLC** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Glenn A. Beard, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us