# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-556-*** |
| | ) |
| THOMAS B. SHARP, SECRETARY, DELAWARE DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant Thomas B. Sharp, hereby certify that on July 31, 2007, I served upon the person listed below two true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff Tri-M Group, LLC in the above captioned matter by first class mail, postage pre-paid:

Glenn A. Beard, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

                                                      **STATE OF DELAWARE**
                                                      **DEPARTMENT OF JUSTICE**

                                                      /S/ Linda M. Carmichael
                                                      Linda M. Carmichael (I.D. # 3570)
                                                      Deputy Attorney General
                                                      820 N. French Street, 6th Floor
                                                      Wilmington, DE 19801
                                                      (302) 577-8400

DATE:  July 31, 2007                                   Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 31, 2007, I electronically filed **Defendant's Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff Tri-M Group, LLC** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Glenn A. Beard, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us