IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC,<br><br>                      Plaintiff,<br><br>              v.<br><br>THOMAS B. SHARP, SECRETARY, DELAWARE DEPARTMENT OF LABOR,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-556<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK:

        Kindly substitute the appearance of Matthew A. Kaplan (DE Bar No. 4956) on behalf of Tri-M Group, LLC, plaintiff in the above matter, in place of Phillip Mellet (DE Bar No. 4741).

| | |
|---|---|
| OF COUNSEL:<br><br>Stephen J. Sundheim<br>Glenn A. Beard<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799<br>(215) 981-4000<br><br>Dated:  August 3, 2007 | /s/ Matthew A. Kaplan<br>M. Duncan Grant (Del. Bar No. 2994)<br>Matthew A. Kaplan (Del. Bar No. 4956)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500<br>kaplanm@pepperlaw.com<br><br>Attorneys for Plaintiff Tri-M Group, LLC |

#8769963 v1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, a copy of Plaintiff Tri-M Group LLC's Notice of Substitution of Counsel was electronically served via *CM/ECF* upon all counsel of record including the following:

> Linda M. Carmichael, Esq.
> State of Delaware Department of Justice
> 820 North French Street, 6th Floor
> Wilmington, DE  19801

/s/ Matthew A. Kaplan
Matthew A. Kaplan  (DE Bar No. 4956)

#8769963 v1