IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 06-556-*** |
| | ) |
| THOMAS B. SHARP, SECRETARY, DELAWARE | ) |
| DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SERVICE OF ITS OBJECTIONS AND
RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION**

The undersigned hereby states that true and correct copies of Plaintiff Tri-M Group, LLC's Objections and Responses to Defendant's First Request for Production were served on August 20, 2007, upon Defendant's counsel via First-Class Mail.

> Linda Carmichael, Esq.
> Deputy Attorney General
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

Dated: August 21, 2007

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Attorneys for Plaintiff
Tri-M Group, LLC

#8812085 v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2007, I caused to be served a copy of the foregoing Notice of Service, upon the following counsel of record *via* CM/ECF notification:

      Linda Carmichael, Esq.
      Deputy Attorney General
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

      /s/ Matthew A. Kaplan
      Matthew A. Kaplan (#4956)