IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRI-M GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-556-KAJ |
| | ) | |
| THOMAS B. SHARP, SECRETARY, DELAWARE DEPARTMENT OF LABOR, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF ITS OBJECTIONS AND
RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

The undersigned hereby states that true and correct copies of Plaintiff Tri-M Group, LLC's Objections and Responses to Defendant's First Set of Interrogatories were served on September 4, 2007, upon Defendant's counsel via First-Class Mail.

>       Linda Carmichael, Esq.
>       Deputy Attorney General
>       820 N. French Street, 6th Floor
>       Wilmington, DE 19801

Dated: September 5, 2007

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Attorneys for Plaintiff
Tri-M Group, LLC

#8849133 v1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I caused to be served a copy of the foregoing Notice of Service, upon the following counsel of record *via* CM/ECF notification:

> Linda Carmichael, Esq.
> Deputy Attorney General
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)