IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRI-M GROUP, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-556-*** |
| | : | |
| THOMAS B. SHARP, SECRETARY, | : | |
| DELAWARE DEPARTMENT OF LABOR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **20th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, December 7, 2007 at 2:30 p.m.** with Magistrate Judge Thynge to address a discovery matter. **Linda M. Carmichael, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE