

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

December 21, 2007

The Honorable Mary Pat Thynge
U.S. District Court
For the District of Delaware
844 North King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

    RE:    Tri-M Group, LLC v. Thomas B. Sharp, Secretary, Delaware Dept. of Labor
           C.A. No. 06-556 *** **STATUS REPORT AFTER TELECONF OF 12/7/07**

Dear Magistrate Thynge:

    Your Honor held a teleconference on December 7, 2007, requested by Defendant, Thomas B. Sharp, who sought assistance in obtaining adequate responses to discovery requests in the above referenced action. During the teleconference Your Honor ruled that the parties should hold a meet and confer regarding production of the requested documents and follow-up with a status report to the Court. This is that status report.

    The parties participated in a meet and confer via teleconference on December 11, 2007 at 2:00 p.m. Pursuant to the Court's instruction, Defendant requested the production of certain documents limited in time to the year 2001 to present and limited in scope to documents related to public works projects. The Plaintiff has agreed to produce to following:

1. all contract and bid documents, including documents used or relied on in preparing bids;
2. Apprenticeship agreements for apprentices used on those projects.

At present, there remains one issue regarding the production of payroll records for the public works projects that the parties are hopeful can be resolved. After the Plaintiff produces the contract documents, Defendant has agreed to review its records to determine whether the Plaintiff submitted payroll records to the Defendant on these projects. If these payrolls records are not in the possession of the Defendant, then the request to the Plaintiff to produce the payroll will stand.

    In addition, the parties have agreed to extend the discovery deadline until April 1, 2008. Defendant specifically reserves the right to request a further extension of time as the Plaintiff has not yet indicated a date for production of the documents.

As always, counsel is available at the convenience of the court.

Respectfully submitted,

Linda M. Carmichael

cc: Glenn Beard, Esquire (email and U.S. Mail)