IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-556-SLR |
| | ) |
| SHARP., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 28, 2008** on the pending motion to dismiss (D.I. 6), commencing at **12:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

_____
United States District Judge