IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-556-SLR |
| | ) |
| THOMAS B. SHARP, SECRETARY, | ) |
| DELAWARE DEPARTMENT OF | ) |
| LABOR, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 22nd day of April, 2008, having heard oral argument on defendant's motion to dismiss;

IT IS ORDERED that:

1. On or before **May 27, 2008,** defendant may supplement the record with evidence of: (a) States with regulations similar to those at issue, that is, Section III.D.1.a. of the Delaware Prevailing Wage Regulations and Section 3.1 of the Delaware Apprenticeship and Training Rules and Regulations; and (b) legislative history that sheds light on why there is no reciprocity among States as to apprenticeship programs in the building and construction industries.

2. On or before **June 9, 2008,** plaintiff may respond to defendant's submission.

3. The court shall conduct a telephonic status conference on **June 30, 2008 at**

**4:30 p.m.**.  Plaintiff's counsel shall initiate and coordinate the call for the court.

_____
United States District Judge