IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRI-M GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-556-SLR |
| ) | |
| THOMAS B. SHARP, SECRETARY, DELAWARE ) | |
| DEPARTMENT OF LABOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF**

Pursuant to this Court's April 22, 2008 Order, Defendant Thomas B. Sharp filed a Supplemental Brief in Support of His Motion to Dismiss on May 27, 2008. Plaintiff Tri-M Group, LLC, respectfully requests that the Court grant it a one-week extension of time (from June 9, 2008 to June 16, 2008) to file its response to the Supplemental Brief. Counsel for Defendant has advised that she has no objection to this request.

Respectfully submitted,

OF COUNSEL:

/s/ *Matthew A. Kaplan*
M. Duncan Grant (Del. Bar No. 2994)

Stephen J. Sundheim
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
Telephone:  (215) 981-4000
Facsimile:  (215) 981-4750

Matthew A. Kaplan  (Del. Bar No. 4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

Dated:  June 2, 2008

**CERTIFICATE OF COUNSEL**

        Pursuant to Local Rule 7.1.1, counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose the relief requested in this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | /s/ *Matthew A. Kaplan* |
|  | M. Duncan Grant (Del. Bar No. 2994) |
| Stephen J. Sundheim | Matthew A. Kaplan (Del. Bar No. 4956) |
| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth & Arch Streets | 1313 N. Market Street |
| Philadelphia, PA 19103-2799 | P.O. Box 1709 |
| Telephone: (215) 981-4000 | Wilmington, DE 19899-1709 |
| Facsimile: (215) 981-4750 | Telephone: (302) 777-6500 |
|  | Facsimile: (302) 421-8390 |

Dated: June 2, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRI-M GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-556-SLR |
| ) | |
| THOMAS B. SHARP, SECRETARY, DELAWARE ) | |
| DEPARTMENT OF LABOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

AND NOW, this ____ day of _____, 2008, upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Supplemental Brief, it is hereby ORDERED that the Motion is GRANTED, and Plaintiff shall respond to Defendant's Supplemental Brief in Support of His Motion to Dismiss no later than Monday, June 16, 2008.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 2nd day of June, 2008, a true and correct copy of *Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Supplemental Brief* was filed electronically with the Court, which filing constitutes service as to the following counsel of record:

    Linda M. Carmichael
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE  19801
    *Attorneys for Defendant*


    /s/ *Matthew A. Kaplan*
    Matthew A. Kaplan  (Del. Bar No. 4956)